UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|   THOMAS ALLEN DREBOT : | |
|   KATHY ELAINE DREBOT : | CHAPTER 13 |
|     Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | CASE NO. 1-25-bk-00685 |
|     Movant : | |
| : | |
| THOMAS ALLEN DREBOT : | |
| KATHY ELAINE DREBOT : | |
|     Respondent : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 25th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the Plan.

2. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Secured claim(s) is not in the Plan, specifically Claim 1 arrears.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of Debtor(s)' Plan.
  b. Dismiss or convert Debtor(s)' case.
  c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 25th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011-

                                                  /s/ Derek M. Strouphauer, Paralegal
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee