In re:                                                  Case No. 25-00685-HWV

Thomas Allen Drebot                              Chapter 13

Kathy Elaine Drebot

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                Page 1 of 2

Date Rcvd: Apr 24, 2025                     Form ID: ntcnfhrg                             Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Allen Drebot, Kathy Elaine Drebot, 5 Shirley Circle, Middletown, PA 17057-3341 |
| 5696229 | + | Donovan Nally, 7 Shirley Cirlce, Middletown, PA 17057-3342 |
| 5696230 | + | Firstrust Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 5696234 | + | Secure Monthly Affordable Credit, PO Box 2092, Memphis, TN 38101-2092 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5696226 | | Email/Text: resolutions@beyondfinance.com | Apr 24 2025 18:38:00 | Beyond Finance, 222 North La Salle Street #1600, Chicago, IL 60601 |
| 5696225 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2025 18:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5696227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:45:18 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5696228 | | Email/Text: mrdiscen@discover.com | Apr 24 2025 18:38:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5706486 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2025 18:45:38 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5703903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2025 18:45:33 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5696231 | + | Email/Text: contact@fiwlaw.com | Apr 24 2025 18:38:00 | Frederic I. Weinberg & Associates, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5696232 | + | Email/Text: EBNBKNOT@ford.com | Apr 24 2025 18:39:00 | Lincoln Automotive Financial, 12110 Emmet Street, Omaha, NE 68164-4263 |
| 5696233 | + | Email/Text: Unger@Members1st.org | Apr 24 2025 18:38:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5696235 | ^ | MEBN | Apr 24 2025 18:34:22 | Service Finance Company, PO Box 2935, Gainesville, GA 30503-2935 |
| 5696236 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 18:44:46 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 71783, Philadelphia, PA 19176-1783 |
| 5696237 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 24 2025 18:56:23 | Wells Fargo Dealer Services, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Firstrust Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Thomas Allen Drebot pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Kathy Elaine Drebot pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas Allen Drebot,<br>**Debtor 1**<br>Kathy Elaine Drebot,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:25−bk−00685−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 21, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: May 28, 2025<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 24, 2025 |

ntcnfhrg (08/21)