## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Georgia Lee Binkley
**Debtor 1**

Georgia Lee Binkley

**Movant(s)**
v.
Cavalry SPV I, LLC, as Assignee of Citibank, NA
**Respondent(s)**

**Chapter** 13

**Case No.** 1:25-BK-01007-HWV1

**Matter:** Objection to Proof of Claim

**Claim No.** 1

## DEBTOR(S)' OBJECTION TO PROOF OF CLAIM

AND NOW, come the Debtor(s), Georgia Lee Binkley, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Objection to Proof of Claim of Cavalry SPV I, LLC, as Assignee of Citibank, NA and aver as follows:

1. Debtor(s) filed a Chapter 13 petition on April 11, 2025.

2. On Debtor(s)' Schedule F, Cavalry SPV I is listed as an unsecured non-priority creditor with an estimated debt of $2,338.00.

3. On April 15, 2025, Respondent, Cavalry SPV I, LLC, as Assignee of Citibank, NA filed a secured claim in the amount of $2,162.64.

4. Federal Rule of Bankruptcy Procedure 3001(c) requires that "when a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim."

5. Respondent(s)' claim is based on a writing, and the documents, if any, attached to the proof of claim do not include the original or a copy of such writing, or a statement of the circumstances of the loss or destruction, if any, of the writing.

6. Debtor(s) believe there is no basis for Respondent to have a secured claim; therefore, the Claim should be disallowed because the Claim is not secured.

WHEREFORE, Debtor(s) hereby requests that this Honorable Court (1) disallow and dismiss the Claim filed by Cavalry SPV I, LLC, as Assignee of Citibank, NA; (2) preclude Respondent(s) from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i); and (3) grant such other relief as the Court deems just.

|  |  |
|---|---|
| | Respectfully submitted,<br>**DETHLEFS PYKOSH & MURPHY** |
| Date: August 18, 2025 | /s/ Paul D. Murphy-Ahles |
| | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor 1</td><td>Georgia L Binkley</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number</td><td>25-01007</td></tr>
</table>

Official Form 410

# Proof of Claim 04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Cavalry SPV I, LLC as assignee of Citibank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Citibank, N.A.

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Cavalry SPV I, LLC
Name
P.O. Box 4252
Number    Street
Greenwich          CT          06831-2200
City               State       ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Where should payments to the creditor be sent? (if different)

Cavalry SPV I, LLC
Name
P.O. Box 27288
Number    Street
Tempe              AZ          85285
City               State       ZIP Code

Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Uniform claim identifier (if you use one):
C P S C A V 2 5 0 1 0 0 7 P A M 4 7 7 3 0 6 4 3

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                            Proof of Claim                            page 1
Case 1:25-bk-01007-HWV    Claim 24-1 Filed 08/18/25 Entered 08/18/25 09:33:41 Desc Main Document    Page 3 of 16
1095

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __6__ __4__ __3__ |
|---|---|---|
| 7. | How much is the claim? | $__$2,162.64_____. Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____LEGAL JUDGMENT_____ |
| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☒ Other. Describe: _____JUDGMENT LIEN_____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $__$2,162.64____<br>**Amount of the claim that is unsecured:** $__$0.00_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed)__0____%<br>☒ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4/15/2025
    MM / DD / YYYY

/s/ Caitlin Truman
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Caitlin Truman
First name  Middle name  Last name

Title: Bankruptcy Specialist

Company: Cavalry Portfolio Services, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: P.O. Box 4252
Number  Street
Greenwich  CT  06831-2200
City  State  ZIP Code

Contact phone: (800) 501-0909 x53450  Email: _____

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# NOTICE OF JUDGMENT/TRANSCRIPT
## CIVIL CASE

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-3-05 |
| MDJ Name: | Honorable Vacant MDJ 12-3-05 |
| Address: | 8010 Bretz Drive<br>Harrisburg, PA 17112 |
| Telephone: | 717-671-8720 |

Cavalry SPV I, LLC, as assignee of Citibank, N.A.
v.
Georgia L. Binkley

Cavalry SPV I, LLC, as assignee of Citibank, N.A.
500 Summit Lake Drive, Suite 400
Valhalla,, NY 10595

Docket No: MJ-12305-CV-0000103-2021
Case Filed: 7/21/2021

## Disposition Summary (cc- Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-12305-CV-0000103-2021 | Cavalry SPV I, LLC, as assignee of Citibank, N.A. | Georgia L. Binkley | Default Judgment for Plaintiff | 08/24/2021 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Cavalry SPV I, LLC, as assignee of Citibank, N.A. | $0.00 | $0.00 | $0.00 |
| Georgia L. Binkley | $0.00 | $2,061.00 | $2,061.00 |

## Judgment Finding (*Post Judgment)

In the matter of Cavalry SPV I, LLC, as assignee of Citibank, N.A. vs. Georgia L. Binkley on MJ-12305-CV-0000103-2021, on 8/24/2021 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $1,939.75 | | $1,939.75 |
| Costs | 0.00 | $121.25 | | $121.25 |
| | | | Grand Total: | $2,061.00 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

| 8-24-2021 | _Gene A. Zozos_ |
|---|---|
| Date | Senior Magisterial District Judge Zozos |

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

| | |
|---|---|
| Date | Magisterial District Judge |

Cavalry SPV I, LLC, as assignee of Citibank, N.A.
v.
Georgia L. Binkley

Docket No.: MJ-12305-CV-0000103-2021

# Participant List

### Private(s)

DAVID J. APOTHAKER, Esq.
Apothaker Scian Pc
520 Fellowship Rd # C306
PO Box 5496
Mt Laurel, NJ 08054

### Plaintiff(s)

Cavalry SPV I, LLC, as assignee of Citibank, N.A.
500 Summit Lake Drive, Suite 400
Valhalla,, NY 10595

### Defendant(s)

Georgia L. Binkley
8981 Jonestown Road
Grantville, PA 17028

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DAUPHIN



# NOTICE OF JUDGMENT/TRANSCRIPT
# CIVIL CASE

| | |
|---|---|
| Mag. Dist. No: | MDJ-12-3-05 |
| MDJ Name: | Honorable Vacant MDJ 12-3-05 |
| Address: | 8010 Bretz Drive<br>Harrisburg, PA 17112 |
| Telephone: | 717-671-8720 |

DAVID J. APOTHAKER, Esq.
Apothaker Scian Pc
520 Fellowship Rd # C306
PO Box 5496
Mt Laurel, NJ 08054

Cavalry SPV I, LLC, as assignee of Citibank, N.A
v.
Georgia L. Binkley

Docket No: MJ-12305-CV-0000103-2021
Case Filed: 7/21/2021

## Disposition Summary (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-12305-CV-0000103-2021 | Cavalry SPV I, LLC, as assignee of Citibank, N.A. | Georgia L. Binkley | Default Judgment for Plaintiff | 08/24/2021 |

## Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Cavalry SPV I, LLC, as assignee of Citibank, N.A. | $0.00 | $0.00 | $0.00 |
| Georgia L. Binkley | $0.00 | $2,061.00 | $2,061.00 |

## Judgment Finding (*Post Judgment)

In the matter of Cavalry SPV I, LLC, as assignee of Citibank, N.A. vs. Georgia L. Binkley on MJ-12305-CV-0000103-2021, on 8/24/2021 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $1,939.75 | | $1,939.75 |
| Costs | 0.00 | $121.25 | | $121.25 |
| | | | Grand Total: | $2,061.00 |

## Comments:

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

8-24-2021
Date

_Gene A. Zozos_
Senior Magisterial District Judge Zozos

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____
Date

_____
Magisterial District Judge

MDJS 315
Printed: 09/07/2021 12:17:09 PM
Case 1:25-bk-00685-HWV    Claim 24-1 Filed 08/01/25    Desc Main Document    Page 8 of 16
FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640

Cavalry SPV I, LLC, as assignee of Citibank, N.A.　　　　　　　　Docket No.: MJ-12305-CV-0000103-2021
v.
Georgia L. Binkley

# Participant List

### Private(s)

DAVID J. APOTHAKER, Esq.
Apothaker Scian Pc
520 Fellowship Rd # C306
PO Box 5496
Mt Laurel, NJ 08054

### Plaintiff(s)

Cavalry SPV I, LLC, as assignee of Citibank, N.A.
500 Summit Lake Drive, Suite 400
Valhalla,, NY 10595

### Defendant(s)

Georgia L. Binkley
8981 Jonestown Road
Grantville, PA 17028

MDJS 315
Printed: 09/07/2021 12:17:09 PM
Case 1:25-bk-00685-HWV    Claim 24-1 Filed 08/01/25    Desc Main Document    Page 9 of 16
FREE INTERPRETER
www.pacourts.us/language-rights
717-780-6640

# BILL OF SALE AND ASSIGNMENT
### September 2020 Brands Fresh 180 Day Flow Lot 2 Accounts

THIS BILL OF SALE AND ASSIGNMENT dated February 24, 2021, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 5800 South Corporate Place, Sioux Falls, SD 57108 (the "Bank") to Cavalry SPV I, LLC, organized under the laws of Delaware, with its headquarters/principal place of business at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595 ("Buyer").

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated March 9, 2020 and Addendum No. 13 dated September 18, 2020 (as amended), between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 to the Addendum and the final electronic file.

**Citibank, N.A.**
By: _____
  (Signature)

Name: Steven Dasch

Title:        Authorized Party

# Exhibit 1

The individual Accounts transferred are described in the final electronic file and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date |
|---|---|---|---|---|
| Brands Fresh 180 Day Flow Lot 2 | 021021CV1MU4FM | ■ | ■ | 2/10/2021 |



# Account Summary

Georgia L Binkley    8981 JONESTOWN RD   GRANTVILLE, PA 170288655

| | |
|---|---|
| **Principal Due** | $1,939.75 |
| **Interest Due** | $101.64 |
| **All Other Charges** | $121.25 |
| **Filing Amount** | $2,162.64 |
| **Name of the entity from whom the creditor purchased the account** | Citibank, N.A. |
| **Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account** | Cavalry SPV I, LLC |
| **Last Transaction Date** | 08/31/2021 |
| **Last Payment Date** | 08/31/2021 |
| **Account Charge Off Date** | 01/18/2021 |

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Georgia Lee Binkley<br>**Debtor 1**<br><br>Georgia Lee Binkley<br><br>**Movant(s)**<br>v.<br>Cavalry SPV I, LLC, as Assignee of Citibank, NA<br>**Respondent(s)** | **Chapter** 13<br><br>**Case No.** 1:25-BK-01007-HWV1<br><br>**Matter:** Objection to Proof of Claim<br><br>**Claim No.** 1 |

**TO:** Cavalry SPV I, LLC, as Assignee of Citibank, NA **("Claimant")**

### NOTICE OF OBJECTION TO CLAIM AND
### DEADLINE TO REQUEST HEARING DATE

**Georgia Lee Binkley filed an objection to the proof of claim you filed in this bankruptcy case.**

**NOTICE: Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before **September 17, 2025**, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by United States mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☐   274 Max Rosenn US Courthouse      ☒   Sylvia H. Rambo US Courthouse
      197 South Main Street                                     1501 North Sixth Street, Floor 3
      Wilkes-Barre, PA 18701                                    Harrisburg, PA 17102

If you mail your request for a hearing or response to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Paul D. Murphy-Ahles, Esquire
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
*(Movant's attorney's name and address)*

| | |
|---|---|
| Jack N. Zaharopoulos, Esquire | Office of the United States Trustee |
| Standing Chapter 13 Trustee | Sylvia H. Rambo US Courthouse |
| 8125 Adams Drive, Suite A | 1501 North Sixth Street, Floor 3 |
| Hummelstown, PA 17036 | Harrisburg, PA 17102 |

*(Names and addresses of others to be served)*

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

                                              **DETHLEFS PYKOSH & MURPHY**

                                              /s/ Paul D. Murphy-Ahles

Date: August 18, 2025

                                              Paul D. Murphy-Ahles, Esquire
                                              PA ID No. 201207
                                              2132 Market Street
                                              Camp Hill, PA 17011
                                              (717) 975-9446
                                              pmurphy@dplglaw.com
                                              *Attorney for Debtor(s)*

2

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Georgia Lee Binkley
    **Debtor 1**

Georgia Lee Binkley

    **Movant(s)**
        v.
Cavalry SPV I, LLC, as Assignee of Citibank, NA
    **Respondent(s)**

**Chapter** 13

**Case No.** 1:25-BK-01007-HWV1

**Matter:** Objection to Proof of Claim

**Claim No.** 1

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Objection to Proof of Claim of Cavalry SPV I, LLC, as Assignee of Citibank, NA, said objection IS SUSTAINED and the Proof of Claim filed April 15, 2025 by Cavalry SPV I, LLC IS HEREBY DISALLOWED.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Georgia Lee Binkley
    **Debtor 1**

Georgia Lee Binkley

    **Movant(s)**
        v.
Cavalry SPV I, LLC, as Assignee of Citibank, NA
    **Respondent(s)**

**Chapter** 13

**Case No.** 1:25-BK-01007-HWV1

**Matter:** Objection to Proof of Claim

**Claim No.** 1

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 18, 2025, I served a true and correct copy of the **Debtor(s)' Objection to Proof of Claim of Cavalry SPV I, LLC, as Assignee of Citibank NA, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means upon the following:

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-2200

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire