UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: THOMAS ALLEN DREBOT, | : | CHAPTER 13 |
| KATHY ELAINE DREBOT, | : | |
|    Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| THOMAS ALLEN DREBOT, | : | |
| KATHY ELAINE DREBOT, | : | |
|    Respondent(s) | : | CASE NO. 1-25-bk-00685-HWV |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on this 21st day of October 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 30, 2025, be withdrawn as all issues have been resolved.

                                                  Respectfully submitted:

                                                  /s/Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 21st day of October 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-

                                                /s/Ashley Schott_____
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee