# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Allen Drebot,
    **Debtor 1**

Kathy Elaine Drebot,
    **Debtor 2**

Chapter     13

Case No.     1:25−bk−00685−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 27, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 22, 2025

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas Allen Drebot<br>**Debtor 1**<br>Kathy Elaine Drebot<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:25-BKI-00685-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 29, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:25-bk-00685-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue May 27 15:44:41 EDT 2025 | Ford Motor Credit Company LLC, c/o AIS Portf<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (p)BEYOND FINANCE<br>7322 SOUTHWEST FREEWAY<br>SUITE 1200<br>HOUSTON TX 77074-2143 | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Donovan Nally<br>7 Shirley Cirlce<br>Middletown, PA 17057-3342 |
| First Trust Bank<br>c/o Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Firstrust Bank<br>PO Box 77404<br>Ewing, NJ 08628-6404 | Firstrust Bank<br>c/o Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 |
| Ford Motor Credit Company LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Frederic I. Weinberg & Associates<br>375 East Elm Street, Suite 210<br>Conshohocken, PA 19428-1973 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lincoln Automotive Financial<br>12110 Emmet Street<br>Omaha, NE 68164-4263 | Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 | Members 1st Federal Credit Union<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Secure Monthly Affordable Credit<br>PO Box 2092<br>Memphis, TN 38101-2092 | Service Finance Company<br>PO Box 2935<br>Gainesville, GA 30503-2935 | Service Finance Company, a division of Truis<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 71783<br>Philadelphia, PA 19176-1783 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wells Fargo Dealer Services<br>PO Box 169005<br>Irving, TX 75016-9005 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Kathy Elaine Drebot<br>5 Shirley Circle<br>Middletown, PA 17057-3341 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 |
| Thomas Allen Drebot<br>5 Shirley Circle<br>Middletown, PA 17057-3341 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Beyond Finance
222 North La Salle Street #1600
Chicago, IL 60601

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Firstrust Bank

(d)Ford Motor Credit Company, LLC c/o AIS Por
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 27 |
| Bypassed recipients | 2 |
| Total | 29 |