United States Bankruptcy Court

Middle District of Pennsylvania (Harrisburg)

IN RE:  THOMAS A DREBOT  CASE NO.: 25-00685
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 1-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/14/2025               /s/Lisa Johnson
                         Account Resolution Associate Manager
                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:25-bk-00685-HWV    Doc 36    Filed 11/18/25    Entered 11/18/25 16:13:09    Desc
Main Document    Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: THOMAS A DREBOT  CASE NO: 25-00685
 CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/14/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/14/2025  /s/Lisa Johnson
 Account Resolution Associate Manager
 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:25-bk-00685-HWV  Doc 36  Filed 11/18/25  Entered 11/18/25 16:32:09  Desc
Main Document  Page 2 of 2