Certificate Number: 12433-PAM-DE-040362618

Bankruptcy Case Number: 25-00685


12433-PAM-DE-040362618

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2025, at 6:42 o'clock AM EST, Thomas Allen Drebot completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | |
|---|---|---|
| Date: December 1, 2025 | By: | /s/Lisa Susoev |
| | Name: | Lisa Susoev |
| | Title: | Teacher |