Certificate Number: 12433-PAM-DE-040362617

Bankruptcy Case Number: 25-00685



12433-PAM-DE-040362617

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on December 1, 2025, at 6:42 o'clock AM EST, Kathy Elaine Drebot completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 1, 2025   By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher