United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00685-HWV

Thomas Allen Drebot  Chapter 13

Kathy Elaine Drebot

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 02, 2025     Form ID: 3180W     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Allen Drebot, Kathy Elaine Drebot, 5 Shirley Circle, Middletown, PA 17057-3341 |
| 5696229 | + | Donovan Nally, 7 Shirley Cirlce, Middletown, PA 17057-3342 |
| 5696230 | + | Firstrust Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 5696234 | + | Secure Monthly Affordable Credit, PO Box 2092, Memphis, TN 38101-2092 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFFC2 | Dec 02 2025 23:53:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5696226 | | Email/Text: resolutions@beyondfinance.com | Dec 02 2025 18:58:00 | Beyond Finance, 222 North La Salle Street #1600, Chicago, IL 60601 |
| 5696225 | | EDI: BANKAMER | Dec 02 2025 23:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5696227 | | EDI: CAPITALONE.COM | Dec 02 2025 23:53:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5713858 | | EDI: CAPITALONE.COM | Dec 02 2025 23:53:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5716033 | + | EDI: DISCOVER | Dec 02 2025 23:53:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany Oh 43054-3025 |
| 5696228 | | EDI: DISCOVER | Dec 02 2025 23:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5711795 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 02 2025 18:58:00 | First Trust Bank, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5711796 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 02 2025 18:58:00 | Firstrust Bank, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5706486 | + | EDI: AISACG.COM | Dec 02 2025 23:53:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5703903 | + | EDI: AISACG.COM | Dec 02 2025 23:53:00 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5696231 | + | Email/Text: contact@fiwlaw.com | Dec 02 2025 18:58:00 | Frederic I. Weinberg & Associates, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5710556 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:07:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5696232 | + | Email/Text: EBNBKNOT@ford.com | Dec 02 2025 18:59:00 | Lincoln Automotive Financial, 12110 Emmet Street, Omaha, NE 68164-4263 |
| 5711686 | + | Email/Text: Unger@Members1st.org | Dec 02 2025 18:58:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5696233 | + | Email/Text: Unger@Members1st.org | Dec 02 2025 18:58:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5696235 | ^ | MEBN | Dec 02 2025 18:52:25 | Service Finance Company, PO Box 2935, Gainesville, GA 30503-2935 |
| 5709321 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2025 18:58:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5696236 | | EDI: SYNC | Dec 02 2025 23:53:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 71783, Philadelphia, PA 19176-1783 |
| 5696237 | + | EDI: WFFC2 | Dec 02 2025 23:53:00 | Wells Fargo Dealer Services, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Firstrust Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Firstrust Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Thomas Allen Drebot pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Kathy Elaine Drebot pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas Allen Drebot<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3023<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Kathy Elaine Drebot<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5084<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:25–bk–00685–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Allen Drebot                    Kathy Elaine Drebot

12/2/25

**By the court:** *(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**