United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 25-00685-HWV

Thomas Allen Drebot                                                         Chapter 13

Kathy Elaine Drebot

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 17, 2026 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID                   Recipient Name and Address**
db/jdb               +  Thomas Allen Drebot, Kathy Elaine Drebot, 5 Shirley Circle, Middletown, PA 17057-3341

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Firstrust Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Firstrust Bank bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Thomas Allen Drebot pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Kathy Elaine Drebot pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Allen Drebot,                                    Chapter          13

        **Debtor 1**

                                                       Case No.          1:25−bk−00685−HWV

Kathy Elaine Drebot,

        **Debtor 2**

Social Security No.:

                xxx−xx−3023          xxx−xx−5084

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  March 17, 2026

**fnldec** (01/22)